■ Redzep Paljevic et al., Respondents, v WFC Tower D Company, Respondent, and Merrill Lynch & Co., Inc., Sued Herein as Merrill Lynch & Company, Inc., Doing Business as Merrill Lynch, Pierce, Fenner & Smith, Inc., Defendant and Third-Party Plaintiff-Appellant. ISS Cleaning Services Group, Inc., et al., Third-Party Defendants-Respondents. [719 NYS2d 579] —In an action to recover damages for personal injuries, etc., the defendant third-party plaintiff appeals from an order of the Supreme Court, Queens County (Price, J.), dated August 26, 1999, which denied its motion for summary judgment dismissing the complaint and all cross claims and counterclaims insofar as asserted against it.

Ordered that the appeal is dismissed, with costs to the plaintiffs, as the order was superseded by an order of the same court, dated May 1, 2000, made upon reargument (*see, Paljevic*

*v WFC Tower D Co.,* 279 AD2d 463 [decided herewith]). Ritter, J. P., H. Miller, Feuerstein and Smith, JJ., concur.